IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DON ANDERSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST STATE BANK,<br><br>    Defendant. | No. 2:12-cv-00219-PJK-GBW |

ORDER

    THIS MATTER came on for consideration of Defendant's Motion to Dismiss filed April 13, 2012. Doc. 4. Plaintiff has not filed a timely response. See D.N.M. LR-Civ. 7.4. In accordance with D.N.M. LR-Civ. 7.1(b), the failure to file a response brief in opposition constitutes consent to grant the motion.

    NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Defendant's Motion to Dismiss filed April 13, 2012 is granted.

    DATED this <u>4th</u> day of May 2012, at Santa Fe, New Mexico.

                                                /s/ Paul Kelly, Jr.<br>
                                           United States Circuit Judge<br>
                                           Sitting by Designation

Counsel:

David K. Thomson, Thomson Law Office, P.C., Santa Fe, New Mexico, for Plaintiff.

R.E. Thompson, Alex C. Walker, and Barry J. Berenberg, Modrall, Sperling, Roehl, Harris & Sisk, P.A., Albuquerque, New Mexico, for Defendant.